IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-00276-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DARRYL L. PENDER | ) | |
| Defendant. | ) | |

For good cause shown upon the Motion by the United States of America, it is hereby

ORDERED that the summons for Darryl L. Pender be reissued in the above-captioned action.

SO ORDERED. This __12__ day of July 2017.

_____
JAMES C. DEVER III
Chief United States District Judge