UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:16-CV-276-D

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) ORDER FOR DEFAULT
    v. ) JUDGMENT
)
DARRYL L. PENDER, )
)
    Defendant. )

UPON CONSIDERATION OF the Plaintiff's motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall enter Judgement against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $3,664.50, including interest as of September 22, 2017, and accruing thereafter at the daily rate of $0.07 from September 22, 2017 to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate of 1.41%.

SO ORDERED. This the 19 day of October, 2017.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE