UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:16-CV-276-D** |
| ) | |
| ) | |
| DARRYL L. PENDER, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment is GRANTED; IT IS FURTHER ORDERED that the Clerk shall enter Judgement against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $3,664.50, including interest as of September 22, 2017, and accruing thereafter at the daily rate of $0.07 from September 22, 2017 to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action; IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate of 1.41%.

**This Judgment Filed and Entered on October 19, 2017, and Copies To:**

Roberto F. Ramirez                                                    (via CM/ECF electronic notification)

DATE:                                         PETER A. MOORE, JR., CLERK

October 19, 2017                                  (By) /s/ Nicole Briggeman
                                                                    Deputy Clerk